CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN & KANG
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MIKE TRAN,

    Defendant.

Case No.: 2:18-cr-00322-APG-PAL

**STIPULATION TO CONTINUE SENTENCING**

  IT IS HEREBY STIPULATED AND AGREED by and between defendant, Mike Tran, by and through his counsel, Chris T. Rasmussen, Esq., and the United States America, by its counsel, Kevin Schiff that the above-captioned matter currently scheduled for sentencing on July 9, 2019 at 11:00 a.m. be vacated and continued for at least six (6) months or for a time suitable to the court.

  This Stipulation is entered into for the following reasons:

  1. The parties agree to a continuance;

  2. The parties are still negotiating sentencing terms and conditions;

  3. Counsel for the Defendant is still collecting additional documents in preparation for Defendant's sentencing;

  4. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

  5. Denial of this request could result in a miscarriage of justice;

1

6. For all the above- stated reasons, the ends of justice would best be served by a continuance of the sentencing date by at least six (6) months;

7. This is the first request for continuance.

DATED this 1st day of May, 2019.

/s//: Chris T. Rasmussen  /s/ Kevin Schiff

_____  _____
CHRIS T. RASMUSSEN, ESQ.  KEVIN SCHIFF
Attorney for Defendant  Assistant United States Attorney

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MIKE TRAN,

    Defendant.

Case No.: 2:18-cr-00322-APG-PAL

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. The parties are still negotiating sentencing terms and conditions;

3. Counsel for the Defendant is still collecting additional documents in preparation for Defendant's sentencing;

4. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date at least six (6) months;

3. This is the first request for a continuance.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MIKE TRAN, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 2:18-cr-00322-APG-PAL <br><br> **ORDER** |

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for July 9, 2019 at the hour of 11:00 a.m., by vacated and continued to  January 23 , 2020, at the hour of  9:30  a.m. in Courtroom 6C.

DATED this  2nd  day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE