NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KEVIN D. SCHIFF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Kevin.Schiff@usdoj.gov
*Attorneys of the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-cr-00322-APG-BNW |
| Plaintiff, | **Stipulation to Continue Sentencing (second request)** |
| vs. | |
| MIKE TRAN, | |
| Defendant. | |

It is stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney; Kevin D. Schiff, Assistant United States Attorney, counsel for the United States of America and Chris Rasmussen, Esq., counsel for Defendant Tran;

That the sentencing scheduled in this matter for January 23, 2020 at 9:30 a.m. be vacated and continued for a period of not less than 180 days. This stipulation is entered into for the following reasons:

1. The parties agree to the continuance;

2. Defendant Tran is currently out of custody and does not object to the continuance:

3. The parties are continuing to negotiate the sentencing terms, conditions and possible recommendations;

4. Counsel for Defendant is continuing to collect materials and documentation in preparation for sentencing; and

5. This is the second request for continuance.

DATED this 9th day of December, 2019.

        NICHOLAS A. TRUTANICH
        United States Attorney

        */s/ Kevin Schiff*
        Kevin D. Schiff
        Assistant United States Attorney

        */s/ Chris Rasmussen*
        Chris T. Rasmussen, Esq.
        Counsel for Defendant

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-cr-00322-APG-BNW |
| Plaintiff, | **Order Pursuant to Stipulation of the Parties** |
| vs. | |
| MIKE TRAN, | |
| Defendant. | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

### I. Findings of Fact

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. The parties agree to the continuance;

2. Defendant Tran is currently out of custody and does not object to the continuance;

3. The parties are continuing to negotiate the sentencing terms, conditions and possible recommendations;

4. Counsel for Defendant is continuing to collect materials and documentation in preparation for sentencing; and

5. This is the second request for continuance.

///

///

**II.     Order**

It is ordered the sentencing currently scheduled for January 23, 2020 be vacated and continued to July 23, 2020 at 9:30 a.m. in courtroom 6C.

IT IS SO ORDERED

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: December 9, 2019